UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 24-19490 |
| Anthony Mormando | Chapter: | 13 |
| | Judge: | MEH |

### AMENDED NOTICE OF PROPOSED PRIVATE SALE

Anthony Mormando, debtor, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:  United States Bankruptcy Court
402 East State Street
Trenton, N.J. 08608

If an objection is filed, a hearing will be held before the Honorable Mark E. Hall on December 10, 2024 at 9 a.m. at the United States Bankruptcy Court, courtroom no. 2, 402 East State Street Trenton, N.J. 08608. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:   18 Chesapeake Road, Manalapan, NJ 07726

Proposed Purchaser:   Suzanne and Matthew Steinberg and Mary Betty

Sale price:  $775,000

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional:  Keller Williams Realty

Amount to be paid:  $31,000

Services rendered:   The professional services to be rendered shall include, but not be limited to representing the Debtor in all stages of the sale of real property.

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Robert H. Johnson, Esq.

Address: 1818 Old Cuthbert Road, Suite 107 Cherry Hill, NJ 08034

Telephone No.: (856) 298-9328

*rev.8/1/15*

2

United States Bankruptcy Court

District of New Jersey

In re:  
Anthony Mormando  
    Debtor

Case No. 24-19490-MEH  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Nov 27, 2024      Form ID: pdf905      Total Noticed: 33

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Anthony Mormando, 18 Chesapeake Road, Manalapan, NJ 07726-3508 |
| r | + | Keller Williams Realty, 2005 State Route 71, Spring Lake, NJ 07762-2214 |
| 520403270 | | Citibankna, Citibank / One Sto, San Antonio, TX 78245 |
| 520403277 | | Ntonstmrco, Po Box 199111, Dallas, TX 75235 |
| 520403278 | + | Oliveira Contracting, Inc, c/o Richard Howard, 190 Willis Avenue, Mineola, NY 11501-2672 |
| 520468200 | + | Oliveira Contracting, Inc., 15 Albertson Avenue, Albertson, NY 11507-1427 |
| 520403281 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, PO Box 283, Trenton, NJ 08695-0000 |
| 520403283 | + | West Coast Servicing, 7911 Warner Ave, Huntington Beach, CA 92647-4707 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 27 2024 20:31:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 27 2024 20:31:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520403267 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Nov 27 2024 20:40:59 | Affirm Inc, 633 Folsom St Fl 7, San Francisco, CA 94107-3618 |
| 520422621 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 27 2024 20:40:48 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520454922 | | Email/PDF: bncnotices@becket-lee.com | Nov 27 2024 20:40:59 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520403268 | + | Email/Text: bk@avant.com | Nov 27 2024 20:32:00 | Avant Llc/Web Bank, 222 W Merchandise Mart P, Chicago, IL 60654-1103 |
| 520447516 | | Email/Text: compliance@finbounce.com | Nov 27 2024 20:31:00 | Bounce AI, Inc, 3349 Monroe Avenue, #331, Pittsford, NY 14618 |
| 520450850 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 27 2024 20:31:00 | Bank of New York Mellon at. el, c/o Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9096 |
| 520403269 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 27 2024 20:51:36 | Capital One, Po Box 85064, Glen Allen, VA 23058 |
| 520419380 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 27 2024 20:41:04 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520403271 | + | Email/Text: EBN@edfinancial.com | | |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | Nov 27 2024 20:31:00 | Edfinancial, 120 N Seven Oaks D, Knoxville, TN 37922-2359 |
| 520403272 | + | Email/Text: EBNBKNOT@ford.com | Nov 27 2024 20:32:00 | Ford Credit, PO Box 542000, Omaha, NE 68154-8000 |
| 520406461 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 27 2024 20:41:04 | Ford Motor Credit Company, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520432365 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 27 2024 20:41:00 | Ford Motor Credit Company, LLC c/o AIS Portfolio S, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520403273 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Nov 27 2024 20:40:55 | Fst Premie, 900 Delaware Suite 7, Sioux Falls, SD 57104-0337 |
| 520403274 |   | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 27 2024 20:31:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520466352 |   | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 27 2024 20:32:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520403275 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 27 2024 20:30:00 | Kohls/Capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 520403276 | ^ | MEBN | Nov 27 2024 20:30:03 | Marinerfin, 5802 E. Virginia Beach Blvd, Norfolk, VA 23502-2475 |
| 520464888 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 27 2024 20:31:00 | Midland Credit Management, Inc., PO Box 2037, Warren MI 48090-2037 |
| 520429389 | + | Email/PDF: cbp@omf.com | Nov 27 2024 20:51:36 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 520403279 | + | Email/PDF: cbp@omf.com | Nov 27 2024 20:40:49 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 520419769 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 27 2024 20:40:55 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 520403280 | ^ | MEBN | Nov 27 2024 20:30:03 | Paytomorrow Llc, 9920 Kincey Ave Ste 190, Huntersville, NC 28078-2428 |
| 520403282 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 27 2024 20:40:43 | Syncb/Amazon, Po Box 981400, El Paso, TX 79998-1400 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2024                    Signature:       /s/Gustava Winters

Case 24-19490-MEH  Doc 27  Filed 11/29/24  Entered 11/30/24 00:15:50  Desc Imaged
Certificate of Notice  Page 5 of 5

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 27, 2024 | Form ID: pdf905 | Total Noticed: 33 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 26, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Bank of New York Mellon f//k/a the Bank of New York as Trustee for Nationstar Home Equity Loan Trust 2007-FRE1 dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jennie Shnayder | on behalf of Creditor West Coast Servicing  Inc. jennie@shnayderlawfirm.com |
| Laura M. Egerman | on behalf of Creditor Bank of New York Mellon f//k/a the Bank of New York as Trustee for Nationstar Home Equity Loan Trust 2007-FRE1 laura.egerman@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Robert H. Johnson | on behalf of Debtor Anthony Mormando ecfmail@rhjlaw.com  10270@notices.nextchapterbk.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6