UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robert H. Johnson, LLC (RJ-0077)
1818 Old Cuthbert Road
Suite 107
Cherry Hill, NJ 08034
856-298-9328
Attorney for Debtor

Order Filed on December 9, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Anthony Mormando

Case No.: 24-19490

Chapter: 13

Judge: Mark E. Hall

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: December 9, 2024**

Honorable Mark E. Hall
United States Bankruptcy Judge

After review of the application of  Robert H. Johnson on behalf of Debtor, Anthony Mormando  for the reduction of time for a hearing on  Motion to Avoid Lien of Oliveria Contracting, Inc.  under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on  Tuesday, December 10, 2024  at  2:00 p.m.  ~~in the United States Bankruptcy Court~~,  telephonically via Court Solutions , ~~Courtroom No._____~~.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:  Chapter 13 Trustee, Oliveria Contracting, Inc., the United States Trustee, and all parties who have filed a Notice of Appearance.

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☐ regular mail,  ☒ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to  the Chapter 13 Trustee and Oliveria Contracting, Inc.

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8. ☒ ~~Court~~ Telephonic appearances are required to prosecute the motion/application and any objections.

☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.1/12/22*

3