| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>ROBERT H. JOHNSON LLC<br>1818 Old Cuthbert Road, Suite 107<br>Cherry Hill, NJ 08034<br>(856) 298-9328<br>Attorneys for Debtor<br>Robert H. Johnson (RJ-0077) | |
| In Re:<br><br>Anthony Mormando | Case No: 24-19490<br>Chapter: 13<br>Hearing Date: 12/10/24<br>Judge: MEH |

Order Filed on December 10, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

### CHAPTER 13 ORDER AUTHORIZING CANCELLATION, VOIDING AND/OR DISCHARGE OF RECORD OF:

☐ **MORTGAGE**    ☑ **LIEN**    ☐ **OTHER (specify)** _____

Recommended Local Form:    ☐ Followed    ☑ Modified

The relief set forth on the following page is hereby **ORDERED.**

**DATED: December 10, 2024**

Honorable Mark E. Hall
United States Bankruptcy Judge

**NOTE TO RECORDING OFFICER**: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED.

Upon the Debtor's motion to avoid judgment lien and by consent of the parties it is determined and hereby ORDERED:

1. The debtor(s) motion is GRANTED.

2. The debtor(s) is entitled to have the Mortgage/Lien referenced below discharged and cancelled of record.

3. Description of Real Property:
   Location (Street Address) 18 Chesapeake Road, Manalapan, NJ

4. Description of Mortgage/Judgment Lien:
   a. Original Mortgagee/Lienholder: Oliveria Contracting, Inc.
   b. Current Assignee: Oliveria Contracting, Inc.
   c. Current Servicer: _____
   d. Date of Mortgage/Lien: May 8, 2015
   e. Date of Recordation: May 8, 2015
   f. Place of Recordation: United States Bankruptcy Court - District of NJ
      i. Mortgage Book: _____
      ii. Page: _____
   g. Original Principal Balance of Mortgage/Lien: $ $859,425.75 plus fees and interest.

5. The Mortgage/Lien referenced in this Order is hereby cancelled, voided, and/or discharged of record.

6. A certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

7. That the debt owed by Anthony Mormando to Oliviera Contracting, Inc. shall continue to be deemed not dischargeable pursuant to 11 U.S.C. Sections 523(a)(2), (4) and (6) and 11 U.S.C. Sections 727 (a)(2)(A), (a)(2)(B), and (a)(3).

We hereby consent to form, content, and entry of the within Order.

| ROBERT H. JOHNSON, LLC | MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP |
|---|---|
| Attorney for the Debtors | Attorney for the Secured Creditor |
| By: /s/ Robert H. Johnson | By: /s/ Scott A. Steinberg |
| Robert H. Johnson | Scott A. Steinberg |

2

new.4/24/14