| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>ROBERT H. JOHNSON LLC<br>1818 Old Cuthbert Road, Suite 107<br>Cherry Hill, NJ 08034<br>(856) 298-9328<br>Attorneys for Debtor<br>Robert H. Johnson (RJ-0077) | Order Filed on December 10, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

In Re:

Anthony Mormando

| | |
|---|---|
| Case No: | 24-19490 |
| Chapter: | 13 |
| Hearing Date: | 12/10/24 |
| Judge: | MEH |

### CHAPTER 13 ORDER AUTHORIZING CANCELLATION, VOIDING AND/OR DISCHARGE OF RECORD OF:

❏ MORTGAGE  ☑ LIEN  ❏ OTHER (specify) _____

Recommended Local Form:  ❏ Followed  ☑ Modified

The relief set forth on the following page is hereby **ORDERED.**

**DATED: December 10, 2024**

_____
Honorable Mark E. Hall
United States Bankruptcy Judge

**NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED.**

Upon the Debtor's motion to avoid judgment lien and by consent of the parties it is determined and hereby ORDERED:

1. The debtor(s) motion is GRANTED.

2. The debtor(s) is entitled to have the Mortgage/Lien referenced below discharged and cancelled of record.

3. Description of Real Property:
   Location (Street Address) 18 Chesapeake Road, Manalapan, NJ

4. Description of Mortgage/Judgment Lien:
   a. Original Mortgagee/Lienholder: Oliveria Contracting, Inc.
   b. Current Assignee: Oliveria Contracting, Inc.
   c. Current Servicer: 
   d. Date of Mortgage/Lien: May 8, 2015
   e. Date of Recordation: May 8, 2015
   f. Place of Recordation: United States Bankruptcy Court - District of NJ
      i. Mortgage Book: 
      ii. Page: 
   g. Original Principal Balance of Mortgage/Lien: $ $859,425.75 plus fees and interest.

5. The Mortgage/Lien referenced in this Order is hereby cancelled, voided, and/or discharged of record.

6. A certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

7. That the debt owed by Anthony Mormando to Oliviera Contracting, Inc. shall continue to be deemed not dischargeable pursuant to 11 U.S.C. Sections 523(a)(2), (4) and (6) and 11 U.S.C. Sections 727 (a)(2)(A), (a)(2)(B), and (a)(3).

   We hereby consent to form, content, and entry of the within Order.

| ROBERT H. JOHNSON, LLC | MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP |
|---|---|
| Attorney for the Debtors | Attorney for the Secured Creditor |
| By: /s/ Robert H. Johnson | By: /s/ Scott A. Steinberg |
| Robert H. Johnson | Scott A. Steinberg |

2

*new.4/24/14*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                        Case No. 24-19490-MEH
Anthony Mormando                                                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                      User: admin                    Page 1 of 2
Date Rcvd: Dec 10, 2024                Form ID: pdf903                Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#        Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2024:**

**Recip ID**             **Recipient Name and Address**
db                    #+ Anthony Mormando, 18 Chesapeake Road, Manalapan, NJ 07726-3508

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2024                    Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2024 at the address(es) listed below:

**Name**                  **Email Address**

Albert Russo
                 docs@russotrustee.com

Denise E. Carlon
                 on behalf of Creditor Bank of New York Mellon f//k/a the Bank of New York as Trustee for Nationstar Home Equity Loan Trust 2007-FRE1 dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Jennie Shnayder
                 on behalf of Creditor West Coast Servicing  Inc. jennie@shnayderlawfirm.com

Laura M. Egerman
                 on behalf of Creditor Bank of New York Mellon f//k/a the Bank of New York as Trustee for Nationstar Home Equity Loan Trust 2007-FRE1 laura.egerman@mccalla.com  mccallaecf@ecf.courtdrive.com

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Dec 10, 2024 | Form ID: pdf903 | Total Noticed: 1

Robert H. Johnson
    on behalf of Debtor Anthony Mormando ecfmail@rhjlaw.com 10270@notices.nextchapterbk.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6