UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Laura Egerman, Esq.
McCalla Raymer Leibert Pierce, LLC
485F Route 1 South, Suite 300
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ _ECF _ Notices@mccalla.com
Attorneys for Movant

In Re:

Anthony Mormando

Case No.:        24-19490-MEH

Chapter:              13

Hearing Date:    January 22, 2025

Judge:          Mark Edward Hall

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below
has been:

☐  Settled          ☒  Withdrawn

Matter:  Objection to Confirmation of Plan (Doc. No. 14)

_____

Date: January 16, 2025

/s/ Laura Egerman
Signature

*rev.8/1/15*