Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

> Case No.: 24−19490−MEH
> Chapter: 13
> Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Anthony Mormando
    916 Indian Hill Road
    Toms River, NJ 08753

Social Security No.:
    xxx−xx−9694

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on January 28, 2025.

Dated: January 28, 2025
JAN: km

> Jeanne Naughton
> Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-19490-MEH |
| Anthony Mormando | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 28, 2025 | Form ID: plncf13 | Total Noticed: 36 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony Mormando, 916 Indian Hill Road, Toms River, NJ 08753-3423 |
| r | + | Keller Williams Realty, 2005 State Route 71, Spring Lake, NJ 07762-2214 |
| 520403270 | | Citibankna, Citibank / One Sto, San Antonio, TX 78245 |
| 520403277 | | Ntonstmrco, Po Box 199111, Dallas, TX 75235 |
| 520403278 | + | Oliveira Contracting, Inc, c/o Richard Howard, 190 Willis Avenue, Mineola, NY 11501-2672 |
| 520468200 | + | Oliveira Contracting, Inc., 15 Albertson Avenue, Albertson, NY 11507-1427 |
| 520403281 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, PO Box 283, Trenton, NJ 08695-0000 |
| 520403283 | + | West Coast Servicing, 7911 Warner Ave, Huntington Beach, CA 92647-4707 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 28 2025 20:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 28 2025 20:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 28 2025 21:14:18 | Ford Motor Credit Company LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520403267 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jan 28 2025 21:03:09 | Affirm Inc, 633 Folsom St Fl 7, San Francisco, CA 94107-3618 |
| 520422621 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 28 2025 21:14:40 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520454922 | | Email/PDF: bncnotices@becket-lee.com | Jan 28 2025 21:03:29 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520403268 | + | Email/Text: bk@avant.com | Jan 28 2025 20:50:00 | Avant Llc/Web Bank, 222 W Merchandise Mart P, Chicago, IL 60654-1103 |
| 520447516 | | Email/Text: compliance@finbounce.com | Jan 28 2025 20:50:00 | Bounce AI, Inc, 3349 Monroe Avenue, #331, Pittsford, NY 14618 |
| 520450850 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 28 2025 20:49:00 | Bank of New York Mellon at. el, c/o Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9096 |
| 520403269 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 28 2025 21:03:26 | Capital One, Po Box 85064, Glen Allen, VA 23058 |
| 520419380 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 28 2025 21:03:51 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

District/off: 0312-3 User: admin Page 2 of 3
Date Rcvd: Jan 28, 2025 Form ID: plncf13 Total Noticed: 36

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 520403271 | + | Email/Text: EBN@edfinancial.com | Jan 28 2025 20:49:00 | Edfinancial, 120 N Seven Oaks D, Knoxville, TN 37922-2359 |
| 520403272 | + | Email/Text: EBNBKNOT@ford.com | Jan 28 2025 20:50:00 | Ford Credit, PO Box 542000, Omaha, NE 68154-8000 |
| 520406461 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 28 2025 21:03:13 | Ford Motor Credit Company, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520432365 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 28 2025 21:14:39 | Ford Motor Credit Company, LLC c/o AIS Portfolio S, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520403273 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 28 2025 21:14:26 | Fst Premie, 900 Delaware Suite 7, Sioux Falls, SD 57104-0337 |
| 520403274 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 28 2025 20:50:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520466352 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 28 2025 20:50:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520403275 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 28 2025 20:49:00 | Kohls/Capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 520472205 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 28 2025 21:03:59 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520403276 | | ^ MEBN | Jan 28 2025 20:41:18 | Marinerfin, 5802 E. Virginia Beach Blvd, Norfolk, VA 23502-2475 |
| 520464888 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 28 2025 20:50:00 | Midland Credit Management, Inc., PO Box 2037, Warren MI 48090-2037 |
| 520429389 | + | Email/PDF: cbp@omf.com | Jan 28 2025 21:04:01 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 520403279 | + | Email/PDF: cbp@omf.com | Jan 28 2025 21:03:13 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 520419769 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 28 2025 21:03:53 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 520403280 | | ^ MEBN | Jan 28 2025 20:41:58 | Paytomorrow Llc, 9920 Kincey Ave Ste 190, Huntersville, NC 28078-2428 |
| 520474518 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 28 2025 20:49:00 | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 520403282 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 28 2025 21:03:12 | Syncb/Amazon, Po Box 981400, El Paso, TX 79998-1400 |

TOTAL: 28

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520471096 | | Mariner Finance, 8211 Town Center Drive Nottingham |
| 520477266 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 28, 2025 | Form ID: plncf13 | Total Noticed: 36 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2025    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Bank of New York Mellon f//k/a the Bank of New York as Trustee for Nationstar Home Equity Loan Trust 2007-FRE1 dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jennie Shnayder | on behalf of Creditor West Coast Servicing  Inc. jennie@shnayderlawfirm.com |
| Laura M. Egerman | on behalf of Creditor Bank of New York Mellon f//k/a the Bank of New York as Trustee for Nationstar Home Equity Loan Trust 2007-FRE1 laura.egerman@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Regina Cohen | on behalf of Creditor Ford Motor Credit Company LLC rcohen@lavin-law.com  mmalone@lavin-law.com |
| Robert H. Johnson | on behalf of Debtor Anthony Mormando ecfmail@rhjlaw.com  10270@notices.nextchapterbk.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7