UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. 9004-1(b)

Lavin, Cedrone, Graver, Boyd & DiSipio
Formed in the State of PA
Regina Cohen
190 North Independence Mall West 6th & Race Streets
Suite 500
Philadelphia, PA 19106
Tel: (215) 351-7551
Fax: (215) 627-2551
E-mail: RCohen@lavin-law.com
Attorney for Movant

**Order Filed on February 19, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

IN RE:

**ANTHONY MORMANDO**

                                    **Debtor**

Case No.: 24-19490-MEH

Chapter 13

Judge: Mark Edward Hall

### CONSENT ORDER MODIFYING STAY AS TO MOTOR VEHICLE
### 2023 Ford F-150 Crew Cab XLT 4WD 5.0L V8

The relief set forth on the following pages, number two (2) through three (3) is hereby **ORDERED**.

**DATED: February 19, 2025**

Honorable Mark E. Hall
United States Bankruptcy Judge

Debtor:          Anthony Mormando
Case No.:        24-19490-MEH
Caption of Order:    Consent Order Modifying Stay as to Motor Vehicle

1.   The 11 USC §362(a) Automatic Stay as to Ford Motor Credit Company LLC ("Movant"), with respect to the personal property of the Debtor described as a 2023 Ford F-150 Crew Cab XLT 4WD 5.0L V8, V.I.N. 1FTFW1E55PKD09819, in accordance with the agreement of the Debtor and Movant, is hereby modified and shall remain in effect.

PROVIDED THAT Debtor comply with the following terms and conditions:

a.   The Debtor will resume making regular monthly installment payment in the amount of $675.00 as they become due Commencing on March 01, 2025.

b.   The Debtor will cure current due to the Movant in the total amount of $2,424.00, which includes the balance due under the contract as of date February 03, 2025, filing fees (in the amount of $199.00) and attorney's fees (in the amount of $200.00) on or before August 01, 2025.

c.    Monthly Cure Payments: Debtor will make six (6) consecutive monthly payments in the amount of $404.00 to cure the Arrearage ("Cure Payment"). Each Cure payment is due by the 1st of the month with the first Cure Payment due on or before March 01, 2025. The last Monthly Cure Payment will be paid on or before August 01, 2025.

2.   The term "payment" as set forth in Paragraph 1, *supra*, does not include a check that is returned due to insufficient funds, account closed or is otherwise not capable of negotiation for any other reason.

3.   Debtor will be in default under the Consent Order in the event that Debtor fails to comply with the payment terms and conditions set forth in above Paragraph 1, supra. If Debtor fails to cure the default within thirty (30) days from the date of default, Movant may apply on five days' notice to Debtor, Counsel for Debtor and the Chapter 13 Trustee for an order lifting the automatic stay imposed under 11 U.S.C. §362(a) and permitting Movant to exercise any rights under the loan documents with respect to the motor vehicle including, but not limited to, initiating and completing a sale of the motor vehicle without regard to any future conversion of this matter to a different form of bankruptcy.

4.   In the event Debtor converts to a bankruptcy under any Chapter other than Chapter 13 of the Bankruptcy Code, then Debtor shall pay all pre-petition arrears and post-petition delinquent payments, fees, and charges due and owing within fifteen (15) days from the date the case is converted from Chapter 13 to any other Chapter. If Debtor fails to make payments in accordance with this paragraph, then Movant, through counsel, may file a Certification of Default setting forth and failure and Movant shall be granted immediate relief from the automatic stay and under the

Debtor:          Anthony Mormando
Case No.:        24-19490-MEH
Caption of Order:    Consent Order Modifying Stay as to Motor Vehicle

provisions of Section 362 of the Bankruptcy Code (11 U.S.C.§362) and the Movant is then

permitted to exercise any rights under the loan documents with respect to the motor vehicle

including, but not limited to, initiating, and completing a sale of the motor vehicle. The failure of

Movant to issue a notice of default will not be construed or act as a waiver of any of the rights of

Movant under the Consent Order.

5.    The Debtor waives the fourteen (14) day stay provided under Rule 4001(a)(3), F.R.B.P.

**We hereby consent to the form and entry of the foregoing Order.**

Robert H. Johnson
Robert H. Johnson, LLC
1818 Old Cuthbert Road
Suite 107
Cherry Hill, NJ 08034
ecfmail@rhjlaw.com
Attorney for Debtor

Lavin, Cedrone, Graver, Boyd & DiSipio
Formed in the State of PA
Regina Cohen
190 North Independence Mall West 6th
& Race Streets
Suite 500
Philadelphia, PA 19106
Tel: (215) 351-7551
Fax: (215) 627-2551
E-mail: RCohen@lavin-law.com
Attorney for Movant