UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

ROBERT H. JOHNSON LLC
1818 Old Cuthbert Road, Suite 107
Cherry Hill, NJ 08034
(856) 298-9328
Attorneys for Debtors
Robert H. Johnson (RJ-0077)

Order Filed on May 6, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Anthony Mormando

Case No.: 24-19490

Chapter: 13

Judge: Hall

# ORDER AUTHORIZING RETENTION OF

Keller Williams as Realtor

The relief set forth on the following page is **ORDERED**.

**DATED: May 6, 2025**

Honorable Mark E. Hall
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____Keller Williams Realty_____
as _____Realtor_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.
   The professional's address is:  Keller Williams Realty
   2005 State Route 71
   Spring Lake, NJ 07762

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Anthony Mormando  
    Debtor

Case No. 24-19490-MEH  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: May 06, 2025      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony Mormando, 916 Indian Hill Road, Toms River, NJ 08753-3423 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2025 at the address(es) listed below:

**Name**      **Email Address**

Albert Russo  
     docs@russotrustee.com

Denise E. Carlon  
     on behalf of Creditor Bank of New York Mellon f//k/a the Bank of New York as Trustee for Nationstar Home Equity Loan Trust 2007-FRE1 dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Jennie Shnayder  
     on behalf of Creditor West Coast Servicing  Inc. jennie@shnayderlawfirm.com

Laura M. Egerman  
     on behalf of Creditor Bank of New York Mellon f//k/a the Bank of New York as Trustee for Nationstar Home Equity Loan Trust 2007-FRE1 laura.egerman@mccalla.com  mccallaecf@ecf.courtdrive.com

Regina Cohen  
     on behalf of Creditor Ford Motor Credit Company LLC rcohen@lavin-law.com  mmalone@lavin-law.com

Robert H. Johnson

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: May 06, 2025 | Form ID: pdf903 | Total Noticed: 1

on behalf of Debtor Anthony Mormando ecfmail@rhjlaw.com 10270@notices.nextchapterbk.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7