**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Anthony Mormando** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9694 <br> EIN   __-_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____ <br> EIN   __-_____ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   24-19490-MEH | | |

# Order of Discharge                                                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Anthony Mormando

<u>6/27/25</u>                                                         **By the court:** <u>Mark Edward Hall</u>
                                                                                   United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 24-19490-MEH
Anthony Mormando  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3
Date Rcvd: Jun 27, 2025      Form ID: 3180W      Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony Mormando, 916 Indian Hill Road, Toms River, NJ 08753-3423 |
| r | + | Keller Williams Realty, 2005 State Route 71, Spring Lake, NJ 07762-2214 |
| 520403270 | | Citibankna, Citibank / One Sto, San Antonio, TX 78245 |
| 520403277 | | Ntonstmrco, Po Box 199111, Dallas, TX 75235 |
| 520403278 | + | Oliveira Contracting, Inc, c/o Richard Howard, 190 Willis Avenue, Mineola, NY 11501-2672 |
| 520468200 | + | Oliveira Contracting, Inc., 15 Albertson Avenue, Albertson, NY 11507-1427 |
| 520403281 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, PO Box 283, Trenton, NJ 08695-0000 |
| 520403283 | + | West Coast Servicing, 7911 Warner Ave, Huntington Beach, CA 92647-4707 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 27 2025 21:13:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 27 2025 21:13:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AISACG.COM | Jun 28 2025 00:50:00 | Ford Motor Credit Company LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520403267 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 27 2025 21:11:10 | Affirm Inc, 633 Folsom St Fl 7, San Francisco, CA 94107-3618 |
| 520422621 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 27 2025 21:10:31 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520454922 | | Email/PDF: bncnotices@becket-lee.com | Jun 27 2025 21:21:37 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520403268 | + | Email/Text: bk@avant.com | Jun 27 2025 21:13:00 | Avant Llc/Web Bank, 222 W Merchandise Mart P, Chicago, IL 60654-1103 |
| 520447516 | | Email/Text: compliance@finbounce.com | Jun 27 2025 21:12:00 | Bounce AI, Inc, 3349 Monroe Avenue, #331, Pittsford, NY 14618 |
| 520450850 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 27 2025 21:12:00 | Bank of New York Mellon at. el, c/o Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9096 |
| 520403269 | | EDI: CAPITALONE.COM | Jun 28 2025 00:49:00 | Capital One, Po Box 85064, Glen Allen, VA 23058 |
| 520419380 | + | EDI: AIS.COM | Jun 28 2025 00:50:00 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 27, 2025 | Form ID: 3180W | Total Noticed: 36 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 520403271 | + | Email/Text: EBN@edfinancial.com | Jun 27 2025 21:11:00 | Edfinancial, 120 N Seven Oaks D, Knoxville, TN 37922-2359 |
| 520403272 | + | Email/Text: EBNBKNOT@ford.com | Jun 27 2025 21:13:00 | Ford Credit, PO Box 542000, Omaha, NE 68154-8000 |
| 520406461 | + | EDI: AISACG.COM | Jun 28 2025 00:50:00 | Ford Motor Credit Company, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520432365 | + | EDI: AISACG.COM | Jun 28 2025 00:50:00 | Ford Motor Credit Company, LLC c/o AIS Portfolio S, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520403273 | + | EDI: AMINFOFP.COM | Jun 28 2025 00:50:00 | Fst Premie, 900 Delaware Suite 7, Sioux Falls, SD 57104-0337 |
| 520403274 | | EDI: IRS.COM | Jun 28 2025 00:49:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520466352 | | EDI: JEFFERSONCAP.COM | Jun 28 2025 00:50:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520403275 | + | EDI: CAPITALONE.COM | Jun 28 2025 00:49:00 | Kohls/Capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 520472205 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 27 2025 21:21:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520403276 | ^ | MEBN | Jun 27 2025 21:05:02 | Marinerfin, 5802 E. Virginia Beach Blvd, Norfolk, VA 23502-2475 |
| 520464888 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 27 2025 21:13:00 | Midland Credit Management, Inc., PO Box 2037, Warren MI 48090-2037 |
| 520429389 | + | EDI: AGFINANCE.COM | Jun 28 2025 00:49:00 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 520403279 | + | EDI: AGFINANCE.COM | Jun 28 2025 00:49:00 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 520419769 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 27 2025 21:21:22 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 520403280 | ^ | MEBN | Jun 27 2025 21:06:59 | Paytomorrow Llc, 9920 Kincey Ave Ste 190, Huntersville, NC 28078-2428 |
| 520474518 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jun 27 2025 21:11:00 | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 520403282 | + | EDI: SYNC | Jun 28 2025 00:49:00 | Syncb/Amazon, Po Box 981400, El Paso, TX 79998-1400 |

TOTAL: 28

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520471096 | | Mariner Finance, 8211 Town Center Drive Nottingham |
| 520477266 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

Case 24-19490-MEH    Doc 72    Filed 06/29/25    Entered 06/30/25 00:20:45    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 27, 2025 | Form ID: 3180W | Total Noticed: 36 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2025          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Bank of New York Mellon f//k/a the Bank of New York as Trustee for Nationstar Home Equity Loan Trust 2007-FRE1 dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jennie Shnayder | on behalf of Creditor West Coast Servicing Inc. jennie@shnayderlawfirm.com |
| Laura M. Egerman | on behalf of Creditor Bank of New York Mellon f//k/a the Bank of New York as Trustee for Nationstar Home Equity Loan Trust 2007-FRE1 laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com |
| Regina Cohen | on behalf of Creditor Ford Motor Credit Company LLC rcohen@lavin-law.com |
| Robert H. Johnson | on behalf of Debtor Anthony Mormando ecfmail@rhjlaw.com 10270@notices.nextchapterbk.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7